UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
RICHARD BOSSUK,

               Plaintiff,

-against-

AUGUSTA SPORTSWEAR, INC., *et al.*

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**MEMORANDUM ENDORSED**

Case No. 1:21-cv-08273-VSB

**LETTER REQUESTING CHANGE IN DATE OF SETTLEMENT CONFERENCE**

      Pursuant to this Court's Order dated August 9, 2022 (Dkt. #38), the Court scheduled a Settlement Conference for August 29, 2022. In accordance with paragraph 8 of the Standing Order Applicable to Telephonic Settlement Conferences Before Judge Gorenstein, counsel for Defendants Augusta Sportswear, Inc. and Jason Livermore contacted Judge Gorenstein's Chambers on August 8, 2022 to seek a new date within 45 days of the Settlement Conference date. Chambers provided alternate new dates for the Scheduling Conference within 45 days and after conferring with Plaintiff's counsel, the undersigned respectfully requests that the Settlement Conference be rescheduled for September 28, 2022. All parties and counsel agreed to this date.

      Dated: August 12, 2022

/s/ Bryan A. Niemeyer
Bryan A. Niemeyer (OH #0068255)
FAULKNER, GARMHAUSEN, KEISTER & SHENK
A Legal Professional Association
Courtview Center - Suite 300
100 S. Main Avenue
Sidney, Ohio 45365
Telephone: (937) 492-1271
Facsimile: (937) 498-1306
bniemeyer@fgks-law.com
*Attorney for Defendants*

Granted. Settlement conference adjourned to September 28, 2022 at 2:30 p.m. Submissions due September 22, 2022.

So Ordered.

*[signature]*

GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 16, 2022