

| | | | |
|---|---|---|---|
| HARRY N. FAULKNER* | MICHAEL A. STAUDT | BRYAN A. NIEMEYER | CRAIG T. ALBERS*** |
| HN M. GARMHAUSEN | JAMES L. THIEMAN | JOHN M. DEEDS | CAMERON C. DOWNER |
| RALPH F. KEISTER | THOMAS J. POTTS | JOSHUA A. KOLTAK | COLLEEN R. GONG |
| JAMES R. SHENK** | DANIEL A. BENSMAN | PHILIP M. BORGER | |

\* 1941 - 2021
\*\* ALSO ADMITTED IN FLORIDA
\*\*\* CERTIFIED PUBLIC ACCOUNTANT

SENDER'S E-MAIL:  cdowner@fgks-law.com

September 1, 2022

**VIA ECF**
THE HONORABLE DENISE L. COTE, U.S.D.J.
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**RE:**   *Richard Bossuk v. Augusta Sportswear, Inc., et al.*, **Case No. 1:21-cv-08273**

Dear Judge Cote:

We represent Defendant Augusta Sportswear, Inc. ("Augusta") and Defendant Jason Livermore ("Defendant Livermore," together with Augusta, the "Defendants"), in the above reference action brought by Plaintiff Richard Bossuk ("Plaintiff") (Plaintiff and Defendants, collectively referred to herein as the "Parties.") In accordance with the Court's Notice of Pretrial Conference (Dkt. No. 47) filed on August 23, 2022, we write on behalf of all Parties to submit a proposed pretrial schedule, which is attached hereto as Exhibit A (the "Proposed Schedule").

Because this case was transferred from Judge Vernon S. Broderick, many of the discovery deadlines in this case have passed. That being said, the attached Proposed Schedule contains the Parties' best estimate as to the time required to file dispositive motions in the event the Settlement Conference scheduled for September 28, 2022 (Dkt. No. 44), is unsuccessful.

The Parties also request that the Court schedule a date for the Parties to submit the Joint Order required by Section 6.A and 6.B your Honor's Individual Practices in Civil Cases (the "Joint Order"). The Parties request that the date be scheduled for or around March of 2023. Such a date allows time for the Parties to fully brief their positions on summary judgment and allows the Court time to conduct a review the same. The Parties lastly request that the Court schedule a status conference within two-weeks of the Parties' deadline to file their Joint Order to discuss any necessary modifications to the Proposed Schedule based upon the Court's schedule.

Very truly yours,

*/s/ Cameron C. Downer*

Cameron C. Downer

cc:   Plaintiff's Counsel (via ECF)

x:\files\augusta sportswear brands\bossuk, richard\pleadings\letter with proposed schedule 9-1-22.docx

Sidney Office: Courtview Center, Suite 300  |  100 South Main Avenue  |  Sidney, Ohio 45365  |  Tel: 937.492.1271  |  Fax: 937.498.1306
Fort Loramie Office: 31 South Main Street  |  Fort Loramie, Ohio 45845  |  Tel: 937.295.2983  |  Fax: 937.295.3633
Troy Office: 74 Troy Town Drive  |  Troy, Ohio 45373  |  Tel: 937.524.5969  |  Fax: 937.498.1306
Celina Office: 104 S. Main Street  |  Celina, Ohio 45822  |  Tel: 419.258.8275  |  Fax: 937.498.1306
www.fgks-law.com

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
      :
RICHARD BOSSUK,      :
      :   Case No. 1:21-cv-08273-DLC
      Plaintiff,  :
      :
-against-      :
      :   **JOINT SCHEDULING ORDER**
AUGUSTA SPORTSWEAR, INC., *et al.*  :
      :
      Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The Court, having ordered the Parties to jointly submit a proposed pretrial scheduling order, and the Parties having conferred regarding pretrial scheduling matters, it is hereby ORDERED that the following schedule shall govern the further conduct of pretrial proceedings in this case:

| Event | Date |
|---|---|
| Fact discovery deadline | *Passed* |
| Initial expert reports due | *Passed* |
| Rebuttal expert reports due | *Passed* |
| Expert discovery deadline | *Passed* |
| Dispositive motion deadline | November 4, 2022 |
| Opposition to dispositive motion | December 5, 2022 |
| Reply to Opposition to dispositive motion | December 19, 2022 |

Dated: September ___, 2022

_____
DENISE COTE
United States District Judge